■ In the Matter of CHARLES HAMILTON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [720 NYS2d 428] —Proceeding unanimously dismissed without costs as moot

(*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.